*Fee paid $25.00*
*E624868*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
CATHY GRAGG, INDIVIDUALLY AND
AS MOTHER AND NATURAL
GUARDIAN FOR JAMIE GRAGG,
          Plaintiffs,                  Civ. 07-7274

v.

LOUIS PUBLIC COMPANY LIMITED         MOTION TO ADMIT COUNSEL
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,                             PRO HAC VICE
d/b/a EF EDUCATIONAL TOURS,
          Defendants.
------------------------------------------------------X

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jordan D. Becker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Susan Donaldson Novins, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA   02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

      Susan Donaldson Novins is a member in good standing of the Bar of the Commonwealth of Massachusetts.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

There are no pending disciplinary proceedings against Susan Donaldson Novins in any State or Federal court.

Dated: November 1, 2007
New York, NY

>                                    Respectfully submitted,
>
>                                    By: _____
>                                    Jordan D. Becker, Esquire
>                                    SDNY Bar Number: JB-3636
>                                    PADUANO & WEINTRAUB, LLP
>                                    1251 Avenue of the Americas
>                                    Ninth Floor
>                                    New York, NY 10020
>                                    (212) 785-9100
>
>                                    Attorney for Defendant,
>                                    EF Institute for Cultural Exchange, Inc.
>                                    d/b/a EF Educational Tours

324894.1.439701.8000