UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
CATHY GRAGG, INDIVIDUALLY, AND
AS MOTHER AND NATURAL
GUARDIAN FOR JAMIE GRAGG,
                Plaintiffs,                07 Civ. 7274 (WCC)

      v.                DEFENDANT EF INSTITUTE FOR
                CULTURAL EXCHANGE, INC.'S
                RULE 7.1 DISCLOSURE STATEMENT

LOUIS PUBLIC COMPANY LIMITED
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
                Defendants.
-------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of the stock of EF.

Dated: New York, New York
       November 9, 2007

                            PADUANO & WEINTRAUB, LLP

                By: _____
                    Jordan D. Becker, Esquire
                    1251 Avenue of the Americas
                    Ninth Floor
                    New York, New York 10020
                    (212) 785-9100

                    Attorneys for Defendant,
                    EF Institute for Cultural Exchange, Inc.
                    d/b/a EF Educational Tours

- 2 -

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA   02481
(781) 237-4400

327063.1.439701.8000