UNITED STATES DISTRICT COURT    *ORIGINAL*
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
CATHY GRAGG, INDIVIDUALLY, AND
AS MOTHER AND NATURAL
GUARDIAN FOR JAMIE GRAGG,
                        Plaintiffs,                    Civ. 07-7274 (wcc)

                                                       ECF CASE
        v.
                                                       ORDER FOR ADMISSION
LOUIS PUBLIC COMPANY LIMITED                           PRO HAC VICE
and E.F. INSTITUTE FOR CULTURAL                        ON WRITTEN MOTION
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
                        Defendants.
------------------------------------------------------X

        Upon the motion of Jordan D. Becker, attorney for defendant, E.F. Institute for

Cultural Exchange, Inc., d/b/a EF Educational Tours, and said sponsor attorney's

affidavit in support:


**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Susan Donaldson Novins, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA   02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

is admitted to practice pro hac vice as counsel for defendant, E.F. Institute for Cultural

Exchange, Inc., d/b/a EF Educational Tours, in the above captioned case in the United

States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules

COPIES MAILED TO COUNSEL OF RECORD 11/9/07

- 2 -

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: White Plains, NY
       Nov. 8, 2007

                              _William C. Conner_
              Senior United States District/~~Magistrate~~ Judge


324895.1.439701.8000