*Conner, J*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CATHY GRAGG, INDIVIDUALLY, AND AS MOTHER
AND NATURAL GUARDIAN FOR JAMIE GRAGG,

                                    Plaintiff,                07 CIV 7274 (WCC)(GAY)

                                                            (WCC)

                                                            & ORDER
               -against-                            **STIPULATION OF
                                                    DISCONTINUANCE**

LOUIS PUBLIC COMPANY, LIMITED and
EF TRAVEL, INC.,

                                    Defendants.
------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of

record for all the parties to the above-captioned action, that all disputes involving Plaintiff CATHY

GRAGG, INDIVIDUALLY be, and the same is hereby discontinued against the defendants LOUIS

PUBLIC COMPANY, LIMITED and EF TRAVEL, INC., with prejudice, and without costs to either party

as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

NYDOCS1/297730

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD 1/30/08

Dated: Chappaqua, New York
    January 25, 2008

LAW OFFICE OF TODD J. KROUNER

*Todd J. Krouner*

By: Todd J. Krouner (TK0308)
Attorneys for Plaintiffs

93 North Greeley Ave.
Suite 100
Chappaqua, New York, 10514

FREEHILL HOGAN and MAHAR, LLP

By: Michael Unger (MU-0045)
Attorneys for Defendant *Louis Public Company, Ltd.*
80 Pine Street
New York, NY 10005

SEEGEL LIPSHUTZ & WILCHINS, P.C.

By:   Susan Donaldson Novins
Attorneys for Defendant *EF TRAVEL, INC.*
20 William Street, Suite 130
Wellesley, MA 02481
(781) 237-4400

Jordan D. Becker, Esquire (JDB-3636)
Paduano & Weintraub, LLP
1251 Avenue of the Americas, 9th Floor
New York, NY   10020

SO ORDERED:

*William C. Conner*
Sr. U.S.D.J.

dated: Jan. 30, 2008
White Plains, NY

NYDOCS1/297744.1